IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHARLES W. MILLER,

    Plaintiff,

v.

WARDEN J.E. THOMAS, et al.,

    Defendants.

No. 3:10-cv-00376-HU

OPINION AND ORDER

MOSMAN, J.,

On January 22, 2013, Magistrate Judge Hubel issued his Findings and Recommendation ("F&R") [45] in the above-captioned case recommending that Warden Thomas's motion to dismiss [41] the action against him on the basis of qualified immunity be granted, that the motion to dismiss Does 1-3 [41] be denied, and that any claim against the United States under the Federal Tort Claims Act be dismissed. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [45] as my own opinion.

IT IS SO ORDERED.

DATED this 13 day of February, 2013.

MICHAEL W. MOSMAN
United States District Judge